# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

In Re: § Case No. **21-51522**
§
§
§ Chapter **7**
deeproot Studios, LLC §
§

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

/s/ Robert Mueller, Manager of Debtor         12/10/21
Debtor                                         Date


Joint Debtor                                   Date