IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 21-51513 |
| POLICY SERVICES, INC. | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51514 |
| WIZARD MODE MEDIA, LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51515 |
| deeproot PINBALL LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51516 |
| deeproot GROWTH RUNS DEEP FUND, LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51517 |
| deeproot 575 FUND, LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51518 |
| deeproot 3 YEAR BONUS INCOME DEBENTURE FUND, LLC, | § § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51519 |
| deeproot BonusGrowth 5 YEAR DEBENTURE FUND, LLC, | § § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51520 |
| deeproot TECH LLC, | § | |
| | § | Chapter 7 |
| IN RE: | § | |
| | § | CASE NO. 21-51521 |
| deeproot FUNDS LLC, | § | |
| | § | Chapter 7 |

NOTICE OF HEARING PAGE 1 OF 3

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-51522 |
| | § | |
| DEEPROOT STUDIOS LLC, | § | Chapter 7 |
| | § | |
| IN RE: | § | |
| | § | CASE NO. 21-51523 |
| DEEPROOT CAPITAL MANAGEMENT, LLC, | § | |
| | § | Chapter 7 |
| DEBTORS. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the *Debtors' Expedited Motion for Joint Administration* [ECF Nos. 7 or 8, respectively] will take place on **December 20, 2021 at 11:00 a.m.** before the Honorable Michael M. Parker, U.S. Bankruptcy Judge for the Western District of Texas, Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas 78205.

The hearing will be held by Webex at us-courts.webex.com/meet/Parker, through the Cisco Webex Meetings application. Parties may also attend the hearing by phone at (650) 479-3207; Access Code 2305 728 3687. All witnesses must appear through WebEx.

Parties wishing to appear by phone or Webex should notify the Court's coordinator, Deanna Castleberry at (210) 472-6720, Ext. 5735 or deanna_castleberry@txwb.uscourts.gov, to make such appearance and should consult the Court's Virtual Courtroom Guidelines for Users found here: https://www.txwb.uscourts.gov/honorable-michael-m-parker-us-bankruptcy-judge.

Dated: December 15, 2021

*/s/ Catherine A. Curtis*
Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
Catherine A. Curtis, Tex. Bar No. 24095708
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com
Catherine.curtis@wickphillips.com

**COUNSEL FOR DEBTORS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of December, 2021, she caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF Notification System on those parties who have so-subscribed and via first class mail to those on the attached service list that have not so-subscribed.

*/s/ Catherine A. Curtis*
Catherine A. Curtis

**Debtors**
Policy Services, Inc.
deeproot Pinball, LLC
deeproot Growth Runs Deep Fund, LLC
deeproot 575 Fund, LLC
deeproot 3 Year Bonus Income Fund, LLC
deeproot BonusGrowth 5 Year Debenture Fund, LLC
deeproot Tech, LLC
deeproot Funds, LLC
deeproot Studios, LLC
deeproot Capital Management, LLC
12621 Silicon Dr.
San Antonio, TX 78249

Wizard Mode Media, LLC
12227 S. Business Park Drive, Suite 130
Draper, UT 84020

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Securities and Exchange Commission
David Woodcock, Regional Director
Burnett Plaza
801 Cherry St., Suite 1900, Unit 18
Fort Worth, TX 76102

**Debtors' Counsel**
Wick Phillips Gould & Martin, LLP
Attn: Catherine A. Curtis
3131 McKinney Ave., Suite 500
Dallas, TX 75204

**United States Trustee**
Office of the United States Trustee
615 E. Houston Street, Suite 533
San Antonio, TX 78205

**Chapter 7 Trustee**
Randolph Osherow
342 W. Woodlawn, Suite 100
San Antonio, TX 78212

**Chapter 7 Trustee**
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

Securities and Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549