I wish to withdraw case# 21-51522 claim# 4 Due to incorrect information.

Sincerely,

*[signature]* 01-10-22

Leonard C. Jackson

281-798-7478